**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | |
| v.     ) | Case No. 02-20060 |
| ) | |
| **JAMES RICCARDI,**     ) | |
| ) | |
| **Defendant.**     ) | |
| ) | |

**MEMORANDUM AND ORDER**

James Riccardi has filed a motion for appointment of counsel (doc. #222) to assist him in raising a post-conviction claim. There is, however, no constitutional right to counsel beyond the direct appeal of a conviction. *Swazo v. Wyo. Dep't of Corrs.*, 23 F.3d 332, 333 (10th Cir. 1994). "[T]he right to appointed counsel extends to the first appeal of right, and no further." *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987).

Mr. Riccardi, however, may file a pro se motion raising the argument he has articulated. At that point, the court will determine the proper way to handle it.

**IT IS THEREFORE ORDERED BY THE COURT** that defendant's motion for appointment of counsel (doc. 222) is denied.

**IT IS SO ORDERED** this 3rd day of August, 2009.

<u>s/ John W. Lungstrum</u>
John W. Lungstrum
United States District Judge